**Order entered December 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01232-CV

**WILLIAM "BRANCH" WARREN, Appellant**

**V.**

**CARLSON RESTAURANTS, INC. D/B/A TGI FRIDAY'S, INC., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02122**

## ORDER

We **GRANT** appellant's December 15, 2014 agreed motion for an extension of time to

file a brief. Appellant shall file his brief by **DECEMBER 22, 2014**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE